## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 388 MAL 2023

            Respondent                :

                                  :    Petition for Allowance of Appeal

                                  :    from the Order of the Superior Court

            v.                        :

                                  :

ALFRED C. CARRERA II,                :

                                  :

            Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 5th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.